## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **KINETIC TRAC, LLC,** | |
| Plaintiff, | Case No. 2:15-cv-1846 |
| v. | |
| **AFC TRIDENT, INC.,** *et al.,* | **PATENT CASE** |
| Defendants. | **CONSOLIDATED CASE** |
| **KINETIC TRAC, LLC,** | |
| Plaintiff, | Case No. 2:15-cv-1853 |
| v. | **PATENT CASE** |
| **MICROSOFT CORPORATION,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### ORDER OF DISMISSAL OF DEFENDANT MICROSOFT, WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Kinetic Trac, LLC ("Kinetic Trac"), and agreed to by Defendant Microsoft Corporation ("Microsoft") (Dkt. No. 58).  Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that all claims asserted by Plaintiff Kinetic Trac against Defendant Microsoft in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses. Microsoft's pending Motion to Dismiss (Dkt. No. 32) is DENIED AS MOOT. The Clerk is directed to close the member case.

**So ORDERED and SIGNED this 23rd day of May, 2016.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE